**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| **RITA PINKSTAFF and BARBARA ROAN,** ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| vs.  ) | Case No. 1:05-MC-69 |
| ) | GLS/RFT |
| **J. DANIEL LENAHAN,** ) | |
| **DANIELLE LENAHAN, and** ) | **AMENDED ORDER TO** |
| **LENAHAN LAW OFFICES P.L.L.C,** ) | **SHOW CAUSE** |
| ) | |
| Defendants.  ) | |

_____

Upon the affidavit of the above named Plaintiff's attorney David L. Ganje, Esq., sworn to on the 27th day of September, 2005 ("Affidavit"), and the attached exhibits, in support of said Plaintiff's motion seeking against each of the above-named Defendants the following relief:

(1) Pursuant to 18 U.S.C. §§401, FED. R. CIV. P. 69 and CPLR 5251 ordering and adjudging each J. Daniel Lenahan, Danielle Lenahan, and Lenahan Law Offices P.L.L.C in their individual capacities, in contempt of this Court for their neglect, failure and willful refusal to comply with and obey the Plaintiff's Subpoenas and Restraining Notices as identified in the Affidavit and awarding the Plaintiff's reasonable attorney fees, and other

1

such and further penalties, costs and sanctions as to the Court may seem just and proper and, additionally and alternatively,

(2) Ordering the filing of a surety bond in favor of the Plaintiffs by each of the above named Defendants in the amount of the Plaintiff's Judgment in this case to secure payment of each Judgment; and

(3) Awarding such other and further declaratory and equitable relief to the Plaintiffs as to the Court may seem just and proper;

**IT IS HEREBY ORDERED** that Plaintiffs' counsel, and the above named Defendants **appear** at the United States Courthouse at 445 Broadway in Albany, New York, 12207, **Courtroom No. 6 at 9:00 A.M. on Thursday, November 3**, **2005,** so counsel can be heard as to why an Order should not be made and entered granting Plaintiffs' requested relief; and it is further

**ORDERED** that the Restraining Notice served by the Plaintiffs in the above-entitled case upon all of the Defendants in the above-entitled case shall remain in effect, unimpaired by these proceedings pursuant to FRCP 69 and NYCPLR 5222; and it is further

**ORDERED** that personal service of a copy of this Order and the papers upon which it is granted on each of the above named Defendants on or before October 28th, 2005 shall be sufficient service of this order.

**So Ordered.**

Dated: October 14, 2005

_____
Gary L. Sharpe
U.S. District Judge