**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| **RITA PINKSTAFF and BARBARA ROAN,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 1:05-MC-69** |
| ) | **GLS/RFT** |
| **J. DANIEL LENAHAN,** ) | |
| **DANIELLE LENAHAN, and** ) | |
| **LENAHAN LAW OFFICES P.L.L.C,** ) | |
| ) | |
| **Defendants.** ) | |

_____

## <u>ORDER</u>

On September 28, 2005, plaintiff's filed a motion seeking, _inter alia_, a
temporary restraining order and the issuance of an order requiring the
defendants to show cause as to why they should not be held in contempt
for their failure to comply with plaintiffs' efforts to enforce a federal
judgment obtained in Illinois and registered in this court.

On October 14, 2005, the court issued an amended order to show
cause requiring J. Daniel Lenahan, Danielle Lenahan, and Lenahan Law
Offices P.L.L.C, in their individual capacities, to appear at the United States
Courthouse on Thursday, November 3, 2005, and show cause as to why

1

an order should not be made:  (1) holding them in contempt of court for their neglect, failure and willful refusal to comply with and obey the plaintiff's subpoenas and restraining notices, awarding plaintiff's reasonable attorney fees, and further penalties, costs and sanctions as the court may deem just, and additionally and alternatively; (2) ordering them to file a surety bond in favor of the plaintiffs in the amount of plaintiff's judgment to secure payment of each judgment; and (3) awarding such other and further declaratory and equitable relief to the plaintiffs as may be just and proper.

On October 24, 2005, plaintiffs filed a certificate attesting to service of the amended order to show cause on the defendants on October 20, 2005. On November 3, 2005, the defendants failed to appear.  Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' counsel, and the above named Defendants **SHALL APPEAR** at the United States Courthouse at 445 Broadway in Albany, New York, 12207, **Courtroom No. 6 at 9:00 A.M. on Thursday, December 15**, **2005,** so counsel can be heard as to why an Order should not be made and entered granting Plaintiffs' requested relief; and it is further

**ORDERED** that the Restraining Notice served by the plaintiffs in the above-entitled case upon all of the defendants shall remain in effect, unimpaired by these proceedings pursuant to FRCP 69 and NYCPLR 5222; and it is further

**ORDERED** that service of a copy of this Order on J. Daniel Lenahan and Danielle Lenahan, personally, and Lenahan Law Offices P.L.L.C, by personal service on J. Daniel Lenahan or Danielle Lenahan, shall be made by the U.S. Marshal on or before December 12, 2005.

### *FURTHER WARNING* THE DEFENDANTS FAILURE TO APPEAR BEFORE THIS COURT ON THE ABOVE DATE SHALL RESULT IN THE ISSUANCE OF AN ARREST WARRANT TO BE EXECUTED BY THE UNITED STATES MARSHAL FOR FAILURE TO ABIDE BY THIS AND PAST ORDERS.

November 16, 2005
Albany, New York

Gary L. Sharpe
U.S. District Judge

3